**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00622-CV

**ALLIANCE FAMILY OF COMPANIES AND JUSTIN MAGNUSON, Appellants**

**V.**

**JAMISHA NEVAREZ, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01162**

## ORDER

Before the Court is appellants' November 12, 2018 unopposed motion for leave to file their reply brief under seal. We **GRANT** the motion. Appellants shall tender their reply brief by **November 19, 2018**. We **DIRECT** the Clerk of this Court to file appellants' reply brief **under seal**.

/s/     ADA BROWN
        JUSTICE